**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2019-CA-1073

Samuel Barker

- - Versus - -

Chief Disciplinary Counsel Charles B. Plattsmier, The
Louisiana Attorney Disciplinary Board (A State Agency),
Karen H. Green - Deputy Disciplinary Counsel, Michael P.
Wilson - Screening Counsel, Panel - A Counsels Anderson
O. Dotson III, Linda G Bizzaro a

19th Judicial District Court
Case #: 675406
East Baton Rouge Parish

On Application for Rehearing filed on 05/20/2020 by Samuel Barker

Rehearing _____ *Denied* _____

_____
Toni Manning Higginbotham

_____
Allison H. Penzato

_____
Walter I. Lanier, III

Date __**JUN 2 2 2020**_____

_____
Rodd Naquin, Clerk